```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
BRIAN COSTIN, MARK PERRY        :
                                :
                  Plaintiffs,   :
                                :
        -against-               :           20-CV-10957 (VEC)
                                :
CENTURY MOVING & STORAGE CO., INC., :        ORDER
PATRICK CARSON, SALVATORE       :
CATALANO                        :
                                :
                  Defendants.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiffs filed this lawsuit on December 28, 2020, *see* Dkt. 1;

WHEREAS Plaintiffs filed affidavits reflecting timely service of a summons and the Complaint on Defendants, *see* Dkts. 6-8;

WHEREAS Defendant Century Moving & Storage Co. has failed to appear, answer, or otherwise respond to the Complaint by the January 29, 2021 deadline, *see* Fed. R. Civ. P. 12(a)(1)

WHEREAS Defendants Patrick Carson and Salvatore Catalano have failed to appear, answer, or otherwise respond to the Complaint by the February 1, 2021 deadline, *see* Fed. R. Civ. P. 12(a)(1)

IT IS ORDERED that Plaintiffs must apply for a default judgment against Defendants, consistent with the procedures described in Attachment A to the undersigned's Individual Practices by **March 30, 2021**, or the case will be dismissed for failure to prosecute.

**SO ORDERED.**

Date: March 15, 2021                    _____
      New York, NY                      VALERIE CAPRONI
                                        United States District Judge